UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN PATRICK DWYER, 10256295,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE ENGRAM, Sheriff, et al.,<br><br>Defendant(s). | Case No. 24-cv-07010-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On February 18, 2025, the court screened and dismissed with leave to amend plaintiff's pro se complaint under 42 U.S.C. § 1983 challenging various conditions of his confinement. The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days of this order] will result in the dismissal of this action." Feb. 18, 2025, Order (ECF No. 7) at 7.

More than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 1, 2025

_____
CHARLES R. BREYER
United States District Judge